UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                        Case No.: 8:21-cv-391-VMC-SPF

TOBIAS BACANER, M.D.;
TOBIAS & JILL BACANER
REVOCABLE TRUST;
THEODORE FERGUSON, II;
TIMOTHY FERGUSON;
PARAGON COMMUNITY
HEALTHCARE, INC.; and
COBALT PHARMACY, INC.,

    Defendants.
_____/

## DISCLOSURE STATEMENT

In accord with Local Rule 3.03, the United States discloses the following:

(1)    Each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or may have an interest in the outcome;

| | |
|---|---|
| Bryan M. Boynton | Drug Enforcement Administration |
| Michael D. Granston | United States of America |
| Gustav W. Eyler | Tobias Bacaner, M.D. |
| Scott B. Dahlquist | Timothy Ferguson |
| Maria Chapa Lopez | Theodore Ferguson |

| Lindsay S. Griffin | Paragon Community Healthcare, Inc. |
| Cobalt Pharmacy, Inc. | Tobias & Jill Bacaner Revocable Trust |

(2) Each entity with publicly traded shares or debt potentially affected by the outcome;

None.

(3) Each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditor's committee;

None.

(4) Each person arguably eligible for restitution.

None.

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Respectfully submitted on this 22nd day of February, 2021,

| | |
|---|---|
| BRIAN M. BOYNTON<br>Acting Assistant Attorney General<br>Civil Division<br><br>MICHAEL D. GRANSTON<br>Deputy Assistant Attorney General<br>Civil Division<br><br>GUSTAV W. EYLER<br>Director, Consumer Protection<br>Branch<br><br>/s/Scott B. Dahlquist<br>SCOTT B. DAHLQUIST<br>Trial Attorney<br>Consumer Protection Branch<br>U.S. Department of Justice<br>P.O. Box 386<br>Washington, D.C. 20044<br>Scott.B.Dahlquist@usdoj.gov<br>Telephone No. (202) 532-4602<br>Facsimile No. (202) 514-8742<br>Attorneys for the United States | MARIA CHAPA LOPEZ<br>United States Attorney<br><br>/s/Lindsay S. Griffin<br>LINDSAY SAXE GRIFFIN<br>Assistant United States Attorney<br>Florida Bar No. 72761<br>400 North Tampa Street, Suite 3200<br>Tampa, FL 33602<br>Telephone No. (813) 274-6155<br>Facsimile No. (813) 274-6200<br>Lindsay.Griffin@usdoj.gov |