IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>TOBIAS BACANER, M.D., TOBIAS & JILL BACANER REVOCABLE TRUST; THEODORE FERGUSON, II, TIMOTHY FERGUSON, PARAGON COMMUNITY HEALTHCARE, INC. and COBALT PHARMACY, INC.,<br><br>*Defendants*. | Case No. 8:21-CV-00391-VMC-SPF |

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Defendants, THEODORE FERGUSON, II, TIMOTHY FERGUSON, PARAGON COMMUNITY HEALTHCARE, INC., and COBALT PHARMACY, INC., by and through undersigned counsel, hereby disclose the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, all other identifiable legal entities related to any party in the case, and all members of any LLC including their citizenship:

a. **Dale R. Sisco, P.A. d/b/a Sisco-Law**
b. **Dale R. Sisco, Esq.**
c. **Dominic A. Isgro, Esq.**
d. **Theodore Ferguson, II**
e. **Timothy Ferguson**
f. **Paragon Community Healthcare, Inc.**
g. **Cobalt Pharmacy, Inc.**
h. **Tobias Bacaner, M.D.**
i. **Jill Bacaner**
j. **Tobias & Jill Bacaner Revocable Trust**
k. **Lindsay S. Griffin, Esq.**
l. **Scott B. Dalquist, Esq.**
m. **Gustav W. Eyler, Esq.**
n. **Maria Chapa Lopez, Esq.**
o. **Michael D. Granston, Esq.**
p. **Bryan M. Boynton, Esq.**
q. **United States of America**
r. **Drug Enforcement Administration**

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

**None known at this time.**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

**None known at this time.**

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**None known at this time.**

I HEREBY CERTIFY that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

Dated: March 8, 2021

Respectfully Submitted,

SISCO-LAW

/s/ Dale R. Sisco
Dale R. Sisco
dsisco@sisco-law.com
Florida Bar No. 559679
Dominic A. Isgro
disgro@sisco-law.com
Florida Bar No. 113318
1110 N. Florida Avenue
Tampa, FL 33602
(813) 224-0555
(813) 221-9736 Facsimile
*Attorneys for Theodore Ferguson, II, Timothy Ferguson, Paragon Community Healthcare, Inc. and Cobalt Pharmacy, Inc.*

CERTIFICATE RE: E-FILING AND E-SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed electronically with the Clerk of Court utilizing Florida Court's E-Filing Portal system and in compliance with Florida Rules of Judicial Administration 2.515 and 2.516(3) March 8, 2021, which will automatically transmit an electronic copy to:

LINDSAY SAXE GRIFFIN
Assistant United States Attorney
Florida Bar No. 72761
400 N. Tampa Street
Suite 3200
Tampa, FL 33602
lindsay.griffin@usdoj.gov

SCOTT B. DAHLQUIST
Trial Attorney/Consumer Protection Branch
US Dept. of Justice
P.O. Box 386
Washington, D.C. 20044
Scott.B.Dahlquist@usdoj.gov

                    /s/ *Dale R. Sisco*
                    Attorney