IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    *Plaintiff*,

v.

TOBIAS BACANER, M.D., TOBIAS & JILL BACANER REVOCABLE TRUST; THEODORE FERGUSON, II, TIMOTHY FERGUSON, PARAGON COMMUNITY HEALTHCARE, INC. and COBALT PHARMACY, INC.,

    *Defendants*.

Case No. 8:21-CV-00391-VMC-SPF

## **NOTICE OF PENDENCY OF OTHER ACTIONS**

Defendants, THEODORE FERGUSON, II, TIMOTHY FERGUSON, PARAGON COMMUNITY HEALTHCARE, INC., and COBALT PHARMACY, INC., by and through undersigned counsel, and in accordance with the Local Rules of this Court, hereby certify that the instant action:

☐ IS      related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

☒ IS NOT      related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen (14) days after appearance of the party.

Dated: March 8, 2021

Respectfully Submitted,

SISCO-LAW

/s/ *Dale R. Sisco*
Dale R. Sisco
dsisco@sisco-law.com
Florida Bar No. 559679
Dominic A. Isgro
disgro@sisco-law.com
Florida Bar No. 113318
1110 N. Florida Avenue
Tampa, FL 33602
(813) 224-0555
(813) 221-9736 Facsimile
*Attorneys for Theodore Ferguson, II, Timothy Ferguson, Paragon Community Healthcare, Inc. and Cobalt Pharmacy, Inc.*

CERTIFICATE RE: E-FILING AND E-SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed electronically with the Clerk of Court utilizing Florida Court's E-Filing Portal system and in compliance with Florida Rules of Judicial Administration 2.515 and 2.516(3) March 8, 2021, which will automatically transmit an electronic copy to:

LINDSAY SAXE GRIFFIN
Assistant United States Attorney
Florida Bar No. 72761
400 N. Tampa Street
Suite 3200
Tampa, FL 33602
lindsay.griffin@usdoj.gov

SCOTT B. DAHLQUIST
Trial Attorney/Consumer Protection Branch
US Dept. of Justice
P.O. Box 386
Washington, D.C. 20044
Scott.B.Dahlquist@usdoj.gov

                                                  /s/ *Dale R. Sisco*
                                                  Attorney