# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

v.                           Case No.: 8:21-cv-391-VMC-SPF

TOBIAS BACANER, M.D.;
TOBIAS & JILL BACANER
REVOCABLE TRUST;
THEODORE FERGUSON, II;
TIMOTHY FERGUSON;
PARAGON COMMUNITY
HEALTHCARE, INC.; and
COBALT PHARMACY, INC.,

     Defendants.

_____/

## NOTICE OF PENDENCY OF RELATED ACTIONS

In accordance with Local Rule 1.07, I certify that the instant action:

___ IS               related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agent as indicated below:

_X_ IS NOT     related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency.

Respectfully submitted on this 9th day of March, 2021

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

MICHAEL D. GRANSTON
Deputy Assistant Attorney General
Civil Division

GUSTAV W. EYLER
Director, Consumer Protection
Branch

/s/Scott B. Dahlquist
SCOTT B. DAHLQUIST
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice
P.O. Box 386
Washington, D.C. 20044
Scott.B.Dahlquist@usdoj.gov
Telephone No. (202) 532-4602
Facsimile No. (202) 514-8742
Attorneys for the United States

KARIN HOPPMANN
Acting United States Attorney

/s/Lindsay S. Griffin
LINDSAY SAXE GRIFFIN
Assistant United States Attorney
Florida Bar No. 72761
400 North Tampa Street, Suite 3200
Tampa, FL 33602
Telephone No. (813) 274-6155
Facsimile No. (813) 274-6200
Lindsay.Griffin@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system that will send a notice of electronic filing to the following:

Dale R. Sisco, Esquire
Dominic A. Isgro, Esquire
1110 N. Florida Avenue
Tampa, FL 33602

/s/Lindsay S. Griffin
LINDSAY SAXE GRIFFIN
Assistant United States Attorney