UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO. 8:21-CV-391-VMC-SPF

TOBIAS BACANER, M.D, *et al.*,

     Defendant.

_____/

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT ON BEHALF OF DEFENDANTS TOBIAS BACANER, M.D. AND TOBIAS & JILL BACANER REVOCABLE TRUST

Defendants TOBIAS BACANER, M.D. and TOBIAS & JILL BACANER ROVOCABLE TRUST hereby disclose the following pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03:[1]

1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action—including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    **a. United States of America, Plaintiff**
    **b. Tobias Bacaner, M.D., Defendant**
    **c. Tobias & Jill Bacaner Revocable Trust, Defendant**
    **d. Paragon Community Healthcare, Inc., Defendant**

---

[1] Counsel also entered a notice of appearance as co-counsel with Dale R. Sisco on behalf of Defendant Cobalt Pharmacy, Inc. Mr. Sisco previously filed a certificate of interested persons on behalf of Cobalt Pharmacy, Inc. (doc. 17) so the notice as to that Defendant is no included herein.

e.  Theodore Ferguson, II, Defendant

f.  Timothy Ferguson, Defendant

g.  Cobalt Pharmacy, Inc., Defendant

h.  U.S. Drug Enforcement Administration including investigator Mark Biondolino

i.  U.S. Department of Justice

j.  Jill Bacaner

k.  Counsel for the Plaintiff: Lindsay S. Griffin, Scott B. Dalquist, Gustav W. Eyler, Maria Chapa Lopez, Michael D. Granston, and Bryan M. Boynton

l.  Counsel for Defendants Tobias Bacaner, M.D., Tobias & Jill Bacaner Revocable Trust, and Cobalt Pharmacy, Inc.: Trombley & Hanes, P.A., including attorneys P. Matthew Luka and Ronald P. Hanes

m.  Counsel for Defendants Theodore Ferguson II, Timothy Ferguson, Paragon Community Healthcare, Inc., and Cobalt Pharmacy, Inc.: Dale R. Sisco, P.A. including attorneys Dale R. Sisco and Dominic A. Isgro

2.  The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

**None presently known.**

3.  The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

**None presently known.**

4.     The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**The Plaintiff in this case is alleging a claim for civil penalties, injunctive relief, and costs of investigation as set forth in the complaint on behalf of the U.S. Government**

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.  I further certify that I have inserted "None" if there is no such actual or potential conflict of interest.

**None presently known.**

Respectfully submitted,

Dated: March 9, 2021          TROMBLEY & HANES, P.A.

By: /s/ P. Matthew Luka
Florida Bar No.  0555630
707 North Franklin Street, 10th Floor
Tampa, Florida  33602
Telephone: (813) 229-7918
Facsimile:  (813) 223-5204
Email: mluka@trombleyhaneslaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of March 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the parties of record.

/s/ P. Matthew Luka
P. MATTHEW LUKA