UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                  CASE NO. 8:21-CV-391-VMC-SPF

TOBIAS BACANER, M.D, *et al.*,

    Defendant.
_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.07(c), I certify that the instant action:

___ IS           related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

X__ IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

                                                          Respectfully submitted,

                                                          TROMBLEY & HANES, P.A.

                                                          By: */s/ P. Matthew Luka*
                                                           P. MATTHEW LUKA
                                                           Florida Bar No. 0555630
                                                           TROMBLEY & HANES, P.A.
                                                           707 North Franklin Street, 10th Floor

Tampa, Florida 33602
Telephone: (813) 229-7918
Facsimile: (813) 223-5204
Email: mluka@trombleyhaneslaw.com

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 9th day of March 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the parties of record.

               /s/ *P. Matthew Luka*
               P. MATTHEW LUKA