UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:21-CV-391-VMC-SPF

TOBIAS BACANER, M.D, *et al.*

    Defendant.

_____/

## **DEFENDANTS' JOINT UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendants TOBIAS BACANER, M.D., TOBIAS & JILL BACANER REVOCABLE TRUST, THEODORE FERGUSON II, TIMOTHY FERGUSON, PARAGON COMMUNITY HEALTHCARE, INC., and COBALT PHARMACY, INC., by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 6, hereby moves this Court for a three-week extension of time until April 9, 2021, to file a response to the Complaint (doc. 1). In support of that request, the Defendants state as follows:

    1. The Defendants Responses to the Complaint are due on March 18, 2021.

    2. The parties have been in discussions to resolve issues related to the Plaintiff's Motion for Preliminary Injunction (doc. 3) among other matters that could impact the Defendants' responses to the Complaint.

    3. The parties need additional time to complete those discussions, and it is in the best interest of parties to attempt to resolve these issues if possible.

## MEMORANDUM OF LAW

Federal Rule of Civil Procedure 6(b) states that the Court may extend the time for a party to respond to a complaint "for good cause." *See* Fed. R. Civ. P. 6(b). Plaintiff's Complaint alleges a number of serious allegations and is accompanied by a Motion for Preliminary Injunction. The parties are attempting to resolve preliminary issues for the benefit of the parties and the Court, but they need more time to evaluate and discuss their positions and any potential resolution. Counsel for the Defendants and the Plaintiff have other matters that require attention at the same time, so they request a three-week extension of time in order to complete those discussions and respond to the Complaint. The Plaintiff would not be prejudiced by an extension and does not oppose the requested relief.

WHEREFORE, for good cause shown, the Defendants respectfully request an extension of time until April 9, 2021, to file a response to the Complaint.

## Local Rule 3.01(g) Certification

Undersigned counsel has conferred with counsel for the Plaintiff and the Plaintiff does not oppose an extension of time to April 9, 2021.

Respectfully submitted,

| | |
|---|---|
| */s/ Dale R. Sisco* | */s/ P. Matthew Luka* |
| Dale R. Sisco | P. Matthew Luka |
| Florida Bar No. 0559679 | Florida Bar No. 0555630 |
| SISCO LAW | TROMBLEY & HANES, P.A. |
| 1110 N. Florida Ave. | 707 N. Franklin St., 10th Floor |
| Tampa, FL 33602 | Tampa, FL 33602 |
| Telephone: (813) 224-0555 | Telephone: (813) 229-7918 |
| Facsimile: (813) 221-9736 | Facsimile: (813) 223-5204 |
| Email: dsisco@sisco-law.com | Email: mluka@trombleyhaneslaw.com |
| *Counsel for Defendants Theodore Ferguson, Timothy Ferguson, Paragon Community Healthcare, Inc., and Cobalt Pharmacy, Inc.* | *Counsel for Defendants Tobias Bacaner, Tobias & Jill Bacaner Revocable Trust, and Cobalt Pharmacy, Inc.* |

Dated: March 18, 2021

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 18, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the parties of record.

                                                       */s/ P. Matthew Luka*
                                                       P. MATTHEW LUKA