UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        Case No. 8:21-cv-0391-T-33SPF

TOBIAS BACANER, M.D.; TOBIAS &
JILL BACANER REVOCABLE TRUST;
THEODORE FERGUSON, II; PARAGON
COMMUNITY HEALTHCARE, INC.;
COBALT PHARMACY, INC.; and
TIMOTHY FERGUSON,

    Defendants.
_____/

## ORDER

Plaintiff United States of America has filed a Motion for Preliminary Injunction (Doc. 3), which the District Judge has referred to the undersigned for a report and recommendation (Doc. 5). After consideration, it is hereby

**ORDERED**:

1. Plaintiff's Motion for Preliminary Injunction (Doc. 3) shall be heard on **April 6, 2021, at 10:00 a.m.**, in Courtroom 11B of the Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Tampa, Florida. The hearing will be limited to the argument of counsel unless either party moves for the hearing to be evidentiary in nature. *See* L.R. 3.01(h). Any such motion for evidentiary hearing shall be filed no later than **March 30, 2020**.[1]

---

[1] "While an evidentiary hearing is not always required before the issuance of a preliminary injunction, 'where facts are bitterly contested and credibility determinations must be made to decide whether injunctive relief should issue, an evidentiary hearing must be held.'" *Four

2. No later than **March 30, 2021**, Defendants must file with the Court and deliver to the moving party, all counter or opposing affidavits, and briefs responsive to Plaintiff's Motion for Preliminary Injunction. L.R. 6.02(c), M.D. Fla.; Fed. R. Civ. P. 6(c).

3. All parties are directed to strictly comply with the procedures set forth in Local Rule 6.02 regarding Preliminary Injunctions, including Local Rule 6.01(a) and (b) incorporated therein. More specifically, Plaintiff is directed to comply with Local Rule 6.01(a)(5) by **March 30, 2021**, which requires its motion to be accompanied by a proposed order.

**ORDERED** in Tampa, Florida on March 22, 2021.

SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE

---

*Seasons Hotels & Resorts, B.V. v. Consorcio Barr, S.A.,* 320 F.3d 1205, 1211 (11th Cir. 2003) (citing *McDonald's Corp. v. Robertson,* 147 F.3d 1301, 1312 (11th Cir.1998)).