UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                       Case No.: 8:21-cv-391-VMC-SPF

TOBIAS BACANER, M.D.;
TOBIAS & JILL BACANER
REVOCABLE TRUST;
THEODORE FERGUSON, II;
TIMOTHY FERGUSON;
PARAGON COMMUNITY
HEALTHCARE, INC.; and
COBALT PHARMACY, INC.,

    Defendants.
_____/

## NOTICE OF COMPLIANCE

A March 22, 2021, order, Doc. 30, directs the United States to comply with Local Rule 6.01(a)(5), which requires that a proposed order accompany a preliminary injunction motion. The United States complied with Local Rule 6.01(a)(5), on February 19, 2021, by filing a proposed order as Doc. 3-5, which is **Exhibit 5** to the motion for a preliminary injunction.

Respectfully submitted on this 23rd day of March, 2021,

| | |
|---|---|
| BRIAN M. BOYNTON | KARIN HOPPMAN |
| Acting Assistant Attorney General | Acting United States Attorney |
| Civil Division | |
| | /s/Lindsay S. Griffin |
| MICHAEL D. GRANSTON | LINDSAY SAXE GRIFFIN |
| Deputy Assistant Attorney General | Assistant United States Attorney |
| Civil Division | Florida Bar No. 72761 |

1

GUSTAV W. EYLER
Director, Consumer Protection
Branch

/s/Scott B. Dahlquist
SCOTT B. DAHLQUIST
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice
P.O. Box 386
Washington, D.C. 20044
Scott.B.Dahlquist@usdoj.gov
Telephone No. (202) 532-4602
Facsimile No. (202) 514-8742
Attorneys for the United States

400 North Tampa Street, Suite 3200
Tampa, FL 33602
Telephone No. (813) 274-6155
Facsimile No. (813) 274-6200
Lindsay.Griffin@usdoj.gov