UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

   Plaintiffs,                                            Case No.: 8:21-cv-00391-VMC-SPF

v.

TOBIAS BACANER, M.D.,
TOBIAS & JILL BACANER
REVOCABLE TRUST;
THEODORE FERGUSON, II;
TIMOTHY FERGUSON;
PARAGON COMMUNITY
HEALTHCARE, INC.; and
COBALT PHARMACY, INC.

   Defendants.
_____/

## DEFENDANTS' UNOPPOSED MOTION TO CONTINUE HEARING ON UNITED STATES OF AMERICA'S MOTION FOR PRELIMINARY INJUNCTION

COME NOW Defendants, THEODORE FERGUSON, II, TIMOTHY FERGUSON and PARAGON COMMUNITY HEALTHCARE, INC., (hereinafter the "Paragon Defendants") by and through undersigned counsel, and move this Court pursuant to Local Rule 3.08 to continue the hearing scheduled for April 6, 2021 at 10:00 a.m. on Plaintiff, UNITED STATES OF AMERICA'S Motion for Preliminary Injunction. As grounds therefore Defendant states:

1.    On February 19, 2021, the United States filed its Motion for Preliminary Injunction [Doc. 3].

2. Plaintiff's Motion for Preliminary Injunction was served to the Paragon Defendants, along with the complaint, summons and exhibits, by substitute service according to the filed Affidavit of Service [Doc. 9].

3. The Defendants filed an Unopposed Motion for Enlargement of time to Respond to the Complaint [Doc. 28], which was granted by an Order dated March 23, 2021 [Doc 32], giving Defendants until April 9, 2021 to respond to the Complaint.

4. The parties have been discussing possible stipulations to resolve the preliminary injunction issue. These discussions have resulted in the submission of stipulation to the Court on regarding Tobias Bacaner and Tobias & Jill Bacaner Revocable Trust [Doc 34] and Cobalt Pharmacy, Inc. [Doc. 35].

5. Counsel for the Paragon Defendants will be filing a request for evidentiary hearing on the United States of America's Motion for Preliminary Injunction.

6. Counsel for the Paragon Defendants has scheduling conflicts with this hearing time as follows:

   a. Undersigned counsel has been retained as Arbitrator in the matter of *Joseph N. Perlman, P.A. vs. Evercore Trust Company, N.A., Successor Trustee of the Marjorie E. Larson Irrevocable Trust Agreement of 1989*, (Case No. 20-CA-004476, Division C) pending in the Circuit Court of the Thirteenth Judicial Circuit. This matter has been set since at least February 10, 2021 and has already been rescheduled once before.

b. Undersigned counsel is currently scheduled for a hearing on Defendant, Chintan Desai, M.D.'s Motion to Disqualify Holland & Knight on April 6, 2021 at 2:30 p.m. in *State Farm Mutual Automobile Insurance Company, And State Farm Fire And Casualty Company vs. Robert Lewin, D.C., 1-800-411-PAIN Referral Service, LLC, Path Medical, LLC, Path Medical Center Holdings, Inc., David Cheesman, D.O., Chintan Desai, M.D., Ralph Marino, M.D., Tie Qian, M.D., Roger Ramos, M.D., Donald Thomas III, M.D., Nelson Vazquez, M.D., Michael Wilensky, M.D., Brittany Chong, D.C., Ronald Golden, D.C., William Kurzbuch, D.C., Frank Lassiter, D.C., Adam Lewis, D.C., Dheeraj Manocha, D.C., Lisa Nerbonne, D.C., Kieron Parchment, D.C., Joseph Sefick, D.C., and Sarah Vleko, D.C.*, Case No. 8:20-cv-02428-VMC-TGW. Counsel has filed a Motion to Continue this hearing as well.

7. Counsel for the United States of America has indicated that they are not available for a hearing in this matter until the week of April 26, 2021, Counsel for the Paragon Defendants is available during that week as well.

8. Pursuant to Local Rule 3.01(g), the undersigned counsel certifies that he has conferred with counsel for Plaintiff, who does not object to the relief sought herein.

WHEREFORE, Defendants, THEODORE FERGUSON, II, TIMOTHY FERGUSON and PARAGON COMMUNITY HEALTHCARE, INC., respectfully request the Court enter an Order continuing the hearing in this matter until the week of April 26, 2021.

Dated: March 28, 2021

                Respectfully Submitted,

                SISCO-LAW

                */s/ Dale R. Sisco*
                Dale R. Sisco
                dsisco@sisco-law.com
                Florida Bar No. 559679
                Dominic A. Isgro
                disgro@sisco-law.com
                Florida Bar No. 113318
                1110 N. Florida Avenue
                Tampa, FL  33602
                (813) 224-0555
                (813) 221-9736 Facsimile
                *Counsel for Defendants Theodore Ferguson, II, Timothy Ferguson, Paragon Community Healthcare, Inc. and Cobalt Pharmacy, Inc.*

# CERTIFICATE RE: E-FILING AND E-SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed electronically with the Clerk of Court utilizing Florida Court's E-Filing Portal system and in compliance with Florida Rules of Judicial Administration 2.515 and 2.516(3) March 28, 2021, which will automatically transmit an electronic copy to:

LINDSAY SAXE GRIFFIN
Assistant United States Attorney
Florida Bar No. 72761
400 N. Tampa Street
Suite 3200
Tampa, FL 33602
lindsay.griffin@usdoj.gov

SCOTT B. DAHLQUIST
THOMAS S. ROSSO
Trial Attorney/Consumer Protection Branch
US Dept. of Justice
P.O. Box 386
Washington, D.C. 20044
Scott.B.Dahlquist@usdoj.gov
thomas.s.rosso@usdoj.gov


RONALD P. HANES
P. MATTHEW LUKA
Trombley & Hanes, P.A.
707 N. Franklin Street
10th Floor
Tampa, FL 33602
rhanes@trombleyhaneslaw.com
mluka@trombleyhaneslaw.com


                                            */s/ Dale R. Sisco*
                                            Attorney