UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                         Case No.: 8:21-cv-391-VMC-SPF

TOBIAS BACANER, M.D.;
TOBIAS & JILL BACANER
REVOCABLE TRUST;
THEODORE FERGUSON, II;
TIMOTHY FERGUSON;
PARAGON COMMUNITY
HEALTHCARE, INC.; and
COBALT PHARMACY, INC.,

    Defendants.
_____/

## STIPULATED PRELIMINARY INJUNCTION
## BETWEEN THE UNITED STATES AND COBALT PHARMACY, INC.

THIS MATTER comes before the Court on the United States' motion under Rule 65(a), Federal Rules of Civil Procedure, Local Rule 6.02, and 21 U.S.C. §§ 843(f)(1) and 882(a), for a preliminary injunction against the defendants based on alleged violations of the Controlled Substances Act, 21 U.S.C. §§ 842(a)(1), 856. (Doc. # 3). Defendant Cobalt Pharmacy, Inc., neither admits nor denies the allegations by the United States in the complaint, (Doc. # 1), or the motion for a preliminary injunction, (Doc. # 3). Nonetheless, Cobalt Pharmacy and the United States agree to a preliminary injunction restraining the conduct specified in this order during the pendency of this litigation.

1

Accordingly, the Court **ORDERS** a preliminary injunction restraining Cobalt Pharmacy, Inc., from altering, destroying, or otherwise disposing of records of Cobalt Pharmacy and from applying for a DEA certificate of registration. Rule 65(d), Federal Rules of Civil Procedure, delineates the persons bound by this injunction, which shall remain in effect until further order of this Court.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 29th day of March, 2021.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE