UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v().    Case No. 8:21-cv-0391-T-33SPF

TOBIAS BACANER, M.D.; TOBIAS &
JILL BACANER REVOCABLE TRUST;
THEODORE FERGUSON, II; PARAGON
COMMUNITY HEALTHCARE, INC.;
COBALT PHARMACY, INC.; and
TIMOTHY FERGUSON,

    Defendants.
_____/

## ORDER

Plaintiff United States of America has filed a Motion for Preliminary Injunction (Doc. 3), which the District Judge has referred to the undersigned for a report and recommendation (Doc. 5). The undersigned scheduled oral argument on the preliminary injunction motion for April 6, 2021 (Doc. 30). Since then, the United States and Defendants Tobias Bacaner and the Tobias & Jill Bacaner Revocable Trust (the "Bacaner Defendants") and Cobalt Pharmacy, Inc., have agreed to stipulated preliminary injunctions (Docs. 34, 35), which the District Judge approved today (Doc. 37, 38). Defendants Theodore Ferguson, II, Timothy Ferguson, and Paragon Community Healthcare, Inc. – who have not entered into stipulated preliminary injunctions with the United States – now move to continue the preliminary injunction hearing and indicate their motion is unopposed (Doc. 36). They also state they intend to request an evidentiary hearing on the United States' motion.

After consideration, it is hereby

**ORDERED**:

1. Defendants Theodore Ferguson, II, Timothy Ferguson, and Paragon Community Healthcare, Inc.'s Unopposed Motion to Continue the Hearing on Plaintiff's Motion for Preliminary Injunction (Doc.36) is GRANTED. The preliminary injunction hearing originally scheduled for April 6, 2021, at 10:00 a.m., is continued until **April 26, 2021, at 10:00 a.m.** in Courtroom 11B of the Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Tampa, Florida.

2. The hearing will be an evidentiary one.[1] The parties may present evidence in the form of exhibits, sworn written statements, deposition testimony, or live testimony. No party is required to present live testimony. *See Fed. Trade Comm'n v. Vylah Tec LLC*, 727 F. App'x 998, 1001 (11th Cir. 2018).

3. No later than **April 19, 2021**, Defendants must file with the Court and deliver to the moving party, all counter or opposing affidavits, and briefs responsive to Plaintiff's Motion for Preliminary Injunction. L.R. 6.02(c), M.D. Fla.; Fed. R. Civ. P. 6(c).

4. All parties are directed to strictly comply with the procedures set forth in Local Rule 6.02 regarding Preliminary Injunctions, including Local Rule 6.01(a) and (b) incorporated therein.

---

[1] "While an evidentiary hearing is not always required before the issuance of a preliminary injunction, 'where facts are bitterly contested and credibility determinations must be made to decide whether injunctive relief should issue, an evidentiary hearing must be held.'" *Four Seasons Hotels & Resorts, B.V. v. Consorcio Barr, S.A.,* 320 F.3d 1205, 1211 (11th Cir. 2003) (citing *McDonald's Corp. v. Robertson,* 147 F.3d 1301, 1312 (11th Cir.1998)).

**ORDERED** in Tampa, Florida on March 29, 2021.

SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE