UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TOBIAS BACANER, M.D.;
TOBIAS & JILL BACANER
REVOCABLE TRUST;
THEODORE FERGUSON, II;
TIMOTHY FERGUSON;
PARAGON COMMUNITY
HEALTHCARE, INC.; and
COBALT PHARMACY, INC.,

    Defendants.
_____/

Case No.: 8:21-cv-391-VMC-SPF

__X__ Evidentiary
_____ Trial
_____ Other

## UNITED STATES' EXHIBIT LIST

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witness | Objection, Stipulation, Admission[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 1 | 4/26/21 | 4/26/21 | Paul J. Lynch, M.D. | No Objection / | Declaration of Paul J. Lynch, M.D. BSN: USA-000001 to USA-000037 |
| 2 Sealed | 4/26/21 | 4/26/21 | DEA DI Mark Biondolino | No Objection | Patient A.M. Amended Autopsy Report BSN: USA-000038 |

---

[1] Type "A" in this column to identify exhibits to be received in evidence by agreement, otherwise, specifically state each objection to each opposed exhibit.

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witness | Objection, Stipulation, Admission | Description of Exhibit |
|---|---|---|---|---|---|
| 3 Sealed | 4/26/21 | 4/26/21 | DEA DI Mark Biondolino | No Objection- If Exhibit 2 is allowed. | Patient A.M. Autopsy Report BSN: USA-000039 to USA-000049 |
| 4 Sealed | 4/26/21 | 4/26/21 | DEA DI Mark Biondolino | Objection | Patient A.M. Patient File BSN: USA-000050 to USA-000167 |
| 5 Sealed | 4/26/21 | 4/26/21 | DEA DI Mark Biondolino | Objection- Relevance | Patient A.M. PDMP (All Prescribers) BSN: USA-000168 to USA-000174 |
| 6 Sealed | 4/26/21 | 4/26/21 | DEA DI Mark Biondolino | Objection- Relevance | Patient A.M. Police Report BSN: USA-000175 to USA-000185 |
| 7 Sealed | 4/26/21 | 4/26/21 | DEA DI Mark Biondolino | Objection | Patient C.H. Patient File BSN: USA-000186 to USA-000589 |
| 8 Sealed | 4/26/21 | 4/26/21 | DEA DI Mark Biondolino | Objection- Relevance | Patient C.H. PDMP (All Prescribers) BSN: USA-000590 to USA-000605 |
| 9 Sealed | 4/26/21 | 4/26/21 | DEA DI Mark Biondolino | No Objection | Patient L.D. Autopsy Report BSN: USA-000606 to USA-000620 |
| 10 Sealed | 4/26/21 | 4/26/21 | DEA DI Mark Biondolino | Objection | Patient L.D. Patient File BSN: USA-000621 to USA-001017 |
| 11 Sealed | 4/26/21 | 4/26/21 | DEA DI Mark Biondolino | Objection- Relevance | Patient L.D. PDMP (All Prescribers) USA-001018 to USA-001023 |

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witness | Objection, Stipulation, Admission | Description of Exhibit |
|---|---|---|---|---|---|
| 12 Sealed | 4/26/21 | 4/26/21 | DEA DI Mark Biondolino | Objection | Patient L.D. Police Report BSN: USA-001024 to USA-001034 |
| 13 Sealed | 4/26/21 | 4/26/21 | DEA DI Mark Biondolino | No Objection | Patient T.D. Autopsy Report BSN: USA-001035 to USA-001045 |
| 14 Sealed | 4/26/21 | 4/26/21 | DEA DI Mark Biondolino | Objection | Patient T.D. Patient File BSN: USA-001046 to USA-001464 |
| 15 Sealed | 4/26/21 | 4/26/21 | DEA DI Mark Biondolino | Objection-Relevance | Patient T.D. PDMP (All Prescribers) BSN: USA-001465 to USA-001472 |
| 16 Sealed | 4/26/21 | 4/26/21 | DEA DI Mark Biondolino | Objection-Relevance, Standard of Care | Patient T.D. Police Report BSN: USA-001473 to USA-001486 |
| 17 Sealed | 4/26/21 | 4/26/21 | DEA DI Mark Biondolino | Objection | Patient W.T. Patient File BSN: USA-001487 to USA-002620 |
| 18 Sealed | 4/26/21 | 4/26/21 | DEA DI Mark Biondolino | Objection-Relevance | Patient W.T. PDMP (All Prescribers) BSN: USA-002621 to USA-002634 |
| 19 | 4/26/21 | 4/26/21 | DEA DI Mark Biondolino | Objection | ABC- Final Termination Letter BSN: USA-002635 to USA-002636 |

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witness | Objection, Stipulation, Admission | Description of Exhibit |
|---|---|---|---|---|---|
| 20 | 4/26/21 | 4/26/21 | DEA DI Mark Biondolino | Objection-Foundation | ABC- Initial Termination Letter BSN: USA-002637 to USA-002639 |
| 21 | 4/26/21 | 4/26/21 | DEA DI Mark Biondolino | Objection-Foundation | ABC- Retail Pharmacy Questionnaire - Original and Edited Version BSN: USA-002640 to USA-002645 |
| 22 Sealed | 4/26/21 | 4/26/21 | DEA DI Mark Biondolino | Objection | Cobalt Pharmacy- Patient EO PDMP BSN: USA-002646 to USA-002649 |
| 23 Sealed | 4/26/21 | 4/26/21 | DEA DI Mark Biondolino | Objection | Cobalt Pharmacy- Patient JM PDMP BSN: USA-002650 to USA-002657 |
| 24 Sealed | 4/26/21 | 4/26/21 | DEA DI Mark Biondolino | Objection | Cobalt Pharmacy- Patient MH PDMP BSN: USA-002658 to USA-002667 |
| 25 Sealed | 4/26/21 | 4/26/21 | DEA DI Mark Biondolino | Objection | Cobalt Pharmacy- Patient RW PDMP BSN: USA-002668 to USA-002677 |
| 26 Sealed | 4/26/21 | 4/26/21 | DEA DI Mark Biondolino | Objection | Cobalt Pharmacy- Patient ZS PDMP BSN: USA-002678 to USA-002685 |

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witness | Objection, Stipulation, Admission | Description of Exhibit |
|---|---|---|---|---|---|
| 27 SEALED | 4/26/21 | 4/26/21 | DEA DI Mark Biondolino | No Objection | Cobalt Pharmacy File- Patient EO BSN: USA-003549 to USA-003638 |
| 28 SEALED | 4/26/21 | 4/26/21 | DEA DI Mark Biondolino | No Objection | Cobalt Pharmacy File- Patient JM BSN: USA-002771 to USA-002886 |
| 29 SEALED | 4/26/21 | 4/26/21 | DEA DI Mark Biondolino | No Objection | Cobalt Pharmacy File- Patient MH BSN: USA-002887 to USA-002999 |
| 30 SEALED | 4/26/21 | 4/26/21 | DEA DI Mark Biondolino | No Objection | Cobalt Pharmacy File- Patient RW BSN: USA-003000 to USA-003181 |
| 31 SEALED | 4/26/21 | 4/26/21 | DEA DI Mark Biondolino | No Objection | Cobalt Pharmacy File- Patient ZS BSN: USA-003182 to USA-003252 |
| 32 | 4/26/21 | 4/26/21 | DEA DI Richard Albert | Objection- Incomplete, Changes Daily, No Itemization | DEA Form-12 for Cobalt Pharmacy BSN: USA-003253 |
| 33 | 4/26/21 | 4/26/21 | DEA DI Richard Albert | No Objection | DEA-CVs Provided as Part of Cobalt Registration BSN: USA-003254 to USA-003271 |

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witness | Objection, Stipulation, Admission | Description of Exhibit |
|---|---|---|---|---|---|
| 34 | | | DEA DI Richard Albert | No Stipulation- Foundation | DEA Pre-Registration Package BSN: USA-003272 to USA-003290 |
| 35 | | | DEA DI Richard Albert | No Objection | DEA Pre-Registration PDF BSN: USA-003291 to USA-003334 |
| 35-1 | 4/26/21 | 4/26/21 | DEA DI Richard Albert | No Objection | DEA Pre-Registration PPT |
| 36 | 4/27/21 | 4/27/21 | Mary Carter, Pharm D. | No Stipulation- Relevance | Email- Cost of Transferring Profiles to 1st Choice Pharmacy BSN: USA-003335 to USA-003336 |
| 37 | 4/27/21 | 4/27/21 | Mary Carter, Pharm D. | No Stipulation | Email- Expiration of DEA Registration Certificate 8312020 USA-003337 to USA-003345 |
| 38 | 4/26/21 | 4/26/21 | DEA DI Mark Biondolino | Objection- M. Biondolino is testifying | Declaration of Mark Biondolino BSN: USA-003346 to USA-003439 |
| 39 | 4/26/21 | 4/26/21 | DEA DI Mark Biondolino | No Objection | Florida DOH License Information for Dr. Bacaner BSN: USA-003440 to USA-003444 |

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witness | Objection, Stipulation, Admission | Description of Exhibit |
|---|---|---|---|---|---|
| 40 | 4/26/21 | 4/26/21 | DEA DI Mark Biondolino | No Objection | Florida DOH License Information for Cobalt Pharmacy BSN: USA-003445 |
| 41 | 4/26/21 | 4/26/21 | DEA DI Mark Biondolino | No Objection | Florida Department of State Division of Corporations Information for Paragon Community Healthcare, Inc. BSN: USA-003446 to USA-003448 |
| 42 | 4/26/21 | 4/26/21 | DEA DI Mark Biondolino | No Objection | Florida Department of State Division of Corporations Information for Cobalt Pharmacy, Inc. BSN: USA-003449 to USA-003451 |
| 43 | 4/27/21 | 4/27/21 | Mary Carter, Pharm D. | No Objection | Email- Oxycodone and Anxiety BSN: USA-003452 to USA-003453 |
| 44 | 4/26/21 | 4/26/21 | DEA DI Mark Biondolino | No Objection | IPD DEA RFI- Cobalt Pharmacy, Inc., Re: Application for Registration BSN: USA-003454 to USA-003518 |

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witness | Objection, Stipulation, Admission | Description of Exhibit |
|---|---|---|---|---|---|
| 45 | 4/27/21 | 4/27/21 | Thomas Hamilton, Pharm D. | No Objection ✓ | Declaration of Thomas Hamilton, Pharm D. BSN: USA-003519 to USA-003545 |
| 46 SEALED | 4/26/21 | 4/26/21 | ~~Theodore Ferguson~~ MARK Biondolino | No Objection | Patient Discharge (Deceased) Form-CM BSN: USA-003546 |
| 47 SEALED | 4/26/21 | 4/26/21 | ~~Theodore Ferguson~~ MARK Biondolino | No Objection | Patient Discharge (Deceased) Form-TB BSN: USA-003547 to USA-003548 |
| 48 | | | DEA DI Mark Biondolino | | 2016-2019 Paragon Tax Returns BSN: USA-003639 to USA-003782 |
| 49 | 4/28/21 | 4/28/21 | Bartley Herrington | No objection | 2019 Paragon Tax Returns |

Respectfully submitted on this 26th day of April, 2021,

| | |
|---|---|
| BRIAN M. BOYNTON<br>Acting Assistant Attorney General<br>Civil Division<br><br>MICHAEL D. GRANSTON<br>Deputy Assistant Attorney General<br>Civil Division<br><br>GUSTAV W. EYLER<br>Director, Consumer Protection Branch<br><br>/s/Scott B. Dahlquist<br>SCOTT B. DAHLQUIST<br>Trial Attorney<br>Consumer Protection Branch<br>U.S. Department of Justice<br>P.O. Box 386<br>Washington, D.C. 20044<br>Scott.B.Dahlquist@usdoj.gov<br>Telephone No. (202) 532-4602<br>Facsimile No. (202) 514-8742<br>Attorneys for the United States | KARIN HOPPMAN<br>Acting United States Attorney<br><br>/s/Lindsay S. Griffin<br>LINDSAY SAXE GRIFFIN<br>Assistant United States Attorney<br>Florida Bar No. 72761<br>400 North Tampa Street, Suite 3200<br>Tampa, FL 33602<br>Telephone No. (813) 274-6155<br>Facsimile No. (813) 274-6200<br>Lindsay.Griffin@usdoj.gov<br><br>/s/Thomas S. Rosso<br>THOMAS S. ROSSO<br>Trial Attorney<br>Consumer Protection Branch<br>U.S. Department of Justice<br>P.O. Box 386<br>Washington, D.C. 20044<br>Thomas.S.Rosso@usdoj.gov<br>Telephone No. (202) 734-8670<br>Facsimile No. (202) 514-8742 |

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of April, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who have entered notices of appearance in this matter, and provided copies by e-mail or U.S. Mail to all other parties or their counsel.

/s/Lindsay S. Griffin
Assistant U.S. Attorney