UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiffs,

v.

TOBIAS BACANER, M.D.,
TOBIAS & JILL BACANER
REVOCABLE TRUST;
THEODORE FERGUSON, II;
TIMOTHY FERGUSON;
PARAGON COMMUNITY
HEALTHCARE, INC.; and
COBALT PHARMACY, INC.

    Defendants.
_____/

Case No.: 8:21-cv-00391-VMC-SPF

**DEFENDANTS', PARAGON
COMMUNITY HEALTHCARE, INC.,
THEODORE FERGUSON, II, AND TIMOTHY
FERGUSON, UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO UNITED STATES' MOTION TO STRIKE DR. DANIEL
E. BUFFINGTON'S EXPERT REPORT AND EXCLUDE HIS TESTIONY**

COME NOW Defendants, THEODORE FERGUSON, II, TIMOTHY FERGUSON and PARAGON COMMUNITY HEALTHCARE, INC., (hereinafter the "Paragon Defendants") by and through undersigned counsel, and move for an extension of time to respond to the "United States' Motion to Strike Dr. Daniel E. Buffington's Expert Report and Exclude His Testimony" (the "Motion") (Doc. 106), filed on December 3, 2021, by Plaintiff, THE UNITED STATES OF AMERICA (the "Government"). In support thereof, the Paragon Defendants state as follows:

1. On December 3, 2021, the Government filed its Motion seeking to strike the expert report of the Paragon Defendants' expert witness, Dr. Daniel E. Buffington ("Dr. Buffington"), and to exclude Dr. Buffington's Testimony. (Doc. 106).

2. By operation of Local Rule 3.01(c), the Paragon Defendants' response to the Motion is presently due on or before December 24, 2021.

3. The Paragon Defendants have produced Dr. Buffington's updated testimonial history in an effort to address one of the deficiencies alleged in the Government's Motion and intend to respond in opposition as to other issues raised therein. However, the Paragon Defendants require a brief additional period of time within which to prepare and file their response.

4. The undersigned has conferred via telephone with counsel for the Government regarding the relief requested herein and is authorized to represent that the Government does not oppose the Paragon Defendants' requested extension of time. No party will suffer prejudice if the Court grants said relief.

## LOCAL RULE 3.01(g) CERTIFICATION

I hereby certify that I have conferred with counsel for the Government regarding the relief requested herein and have been authorized to represent that the Government does not oppose said relief.

*Dominic A. Isgro*
Attorney

WHEREFORE, Defendants, THEODORE FERGUSON, II, TIMOTHY FERGUSON and PARAGON COMMUNITY HEALTHCARE, INC., respectfully

request an extension of time through and including December 31, 2021, within which to file their response to the Government's Motion.

Dated:       December 23, 2021

                                        Respectfully Submitted,

                                        SISCO-LAW

                                        *Dominic A. Isgro*
                                        Dale R. Sisco
                                        dsisco@sisco-law.com
                                        Florida Bar No. 559679
                                        Dominic A. Isgro
                                        disgro@sisco-law.com
                                        Florida Bar No. 113318
                                        1110 N. Florida Avenue
                                        Tampa, FL  33602
                                        (813) 224-0555
                                        (813) 221-9736 Facsimile
                                        *Counsel for Defendants Theodore Ferguson, II,*
                                        *Timothy Ferguson, Paragon Community*
                                        *Healthcare, Inc. and Cobalt Pharmacy, Inc.*

## CERTIFICATE RE: E-FILING AND E-SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed electronically with the Clerk of Court utilizing Florida Court's E-Filing Portal system and in compliance with Florida Rules of Judicial Administration 2.515 and 2.516(3) December 23, 2021, which will automatically transmit an electronic copy to:

LINDSAY SAXE GRIFFIN
Assistant United States Attorney
Florida Bar No. 72761
400 N. Tampa Street
Suite 3200
Tampa, FL 33602
lindsay.griffin@usdoj.gov

SCOTT B. DAHLQUIST
THOMAS S. ROSSO
Trial Attorney/Consumer Protection Branch
US Dept. of Justice
P.O. Box 386
Washington, D.C. 20044
Scott.B.Dahlquist@usdoj.gov
thomas.s.rosso@usdoj.gov


RONALD P. HANES
P. MATTHEW LUKA
Trombley & Hanes, P.A.
707 N. Franklin Street
10th Floor
Tampa, FL 33602
rhanes@trombleyhaneslaw.com
mluka@trombleyhaneslaw.com

                                             *Dominic A. Isgro*
                                             Attorney