UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                              Case No.: 8:21-cv-391-VMC-SPF

TOBIAS BACANER, M.D.;
TOBIAS & JILL BACANER
REVOCABLE TRUST;
THEODORE FERGUSON, II;
TIMOTHY FERGUSON;
PARAGON COMMUNITY
HEALTHCARE, INC.; and
COBALT PHARMACY, INC.,

    Defendants.
_____/

**NOTICE OF RESOLUTION**

Under Local Rule 3.09(a), the United States announces a resolution of this action.

1

Respectfully submitted on this 14th day of July, 2022,

| | |
|---|---|
| BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br>Civil Division | ROGER HANDBERG<br>United States Attorney<br><br>/s/Lindsay S. Griffin<br>LINDSAY SAXE GRIFFIN |
| MICHAEL D. GRANSTON<br>Deputy Assistant Attorney General<br>Civil Division | Assistant United States Attorney<br>Florida Bar No. 72761<br>400 North Tampa Street, Suite 3200<br>Tampa, FL 33602 |
| GUSTAV W. EYLER<br>Director, Consumer Protection Branch | Telephone No. (813) 274-6155<br>Facsimile No. (813) 274-6200<br>Lindsay.Griffin@usdoj.gov |

/s/Scott B. Dahlquist
SCOTT B. DAHLQUIST
THOMAS S. ROSSO
Trial Attorneys
Consumer Protection Branch
U.S. Department of Justice
P.O. Box 386
Washington, D.C. 20044
Thomas.S.Rosso@usdoj.gov
Scott.B.Dahlquist@usdoj.gov
Telephone No. (202) 532-4602
Facsimile No. (202) 514-8742
Attorneys for the United States

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of July, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who have entered notices of appearance in this matter, and provided copies by e-mail or U.S. Mail to all other parties or their counsel.

/s/Lindsay S. Griffin
Assistant U.S. Attorney